IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUBY SCOTT**                                                                                       **PLAINTIFF**

**v.**                                         **Case No. 4:20-cv-01134 KGB**

**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON**                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff's stipulation of dismissal as to separate defendant Centene Management Company, LLC, only (Dkt. No. 2). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed as to separate defendant Centene Management Company, LLC only.

It is so ordered this 27th day of October, 2020.

_____
Kristine G. Baker
United States District Judge