IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUBY SCOTT**                                                                                        **PLAINTIFF**

v.                            Case No. 4:20-cv-01134 KGB

**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON**                                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this 15th day of December, 2020.

_____
Kristine G. Baker
United States District Judge